UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:

PHYLLIS RUTH JORDAN    )          CASE NO.:  16-30782
                       )
                       )          CHAPTER 13
        Debtor.        )

---

### MOTION TO MODIFY CHAPTER 13 PLAN POST-CONFIRMATION

---

Comes the Debtor, PHYLLIS RUTH JORDAN, (hereinafter referred to as "Debtor"), by and through counsel, and move this Honorable Court for entry of an Order Modifying the Chapter 13 Plan, and in support thereof, respectfully represents as follows:

1. That on April 13, 2016, Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. That on August 19, 2016, this Honorable Court confirmed Debtor's Chapter 13 Plan.

3. That Debtor is in month 16 of a 60 month payment Plan.

4. That Debtor's current monthly Plan payment is $1,164.00.  Debtor is in a 100% repayment Plan and her Plan payments are current.

5. That Debtor's Plan payment includes payments to Notre Dame Federal Credit Union for a 1st and 2nd mortgage held on real property located at 202 Middleboro Avenue, Mishawaka, Indiana.

6. That Debtor is surrendering the real property located at 202 Middleboro Avenue, Mishawaka, Indiana in full satisfaction.

7. That Debtor's monthly payment will need to be adjusted to reflect that the 1st and 2nd mortgages held by Notre Dame Federal Credit on said real property will no longer be paid by the Trustee.

8. That Debtor proposes a reduction of her Plan payment to $975.00 per month which should be sufficient to fund the Plan with 100% repayment to all allowed unsecured creditors through the remainder of the Plan term.

WHEREFORE, the Debtor prays that this Honorable Court enter an Order:

1. Modifying the Chapter 13 Plan by surrendering the real property located at 202 Middleboro Avenue, Mishawaka, Indiana in full satisfaction;

2. Modifying the Chapter 13 Plan by adjusting the monthly Plan payment to $975.00;

3. Modifying the Chapter 13 Plan by stopping payments to Notre Dame Federal Credit Union for the 1st and 2nd mortgages on the real property located at 202 Middleboro Avenue, Mishawaka, Indiana; and

4. For any other relief just and proper in the premises.

Date: September 5, 2017.    /s/ Patrick M. Seese
Patrick M. Seese
Attorney for Debtor
1802 Miami Street
South Bend, IN   46613
(574) 232-2275

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 5, 2017, a copy of the above motion was electronically served upon the United States Trustee and the case trustee, Debra Miller, and to the entities listed on the attached sheets via U.S. Mail, first class postage affixed.

/s/ Patrick M. Seese
Patrick M. Seese

BEACON MEDICAL GROUP
Acct No xxx6970
710 NORTH NILES AVENUE
SOUTH BEND, IN 46617


CASH AMERICA
Acct No 5473
17 TRIANGLE PARK
CINCINNATI, OH 45246


CASH LAND
Acct No xxxxxx7465
2518 MILBURN AVENUE
MISHAWAKA, IN 46544


FORTE CONTRACTING WATERPROOFING
Acct No 6479
POST OFFICE BOX 921
MISHAWAKA, IN 46546


GM FINANCIAL
Acct No xxxxx9614
POST OFFICE BOX 181123
ARLINGTON, TX 76096-1123


HERITAGE ACCEPTANCE
Acct No xxx032-1
118 S. 2ND STREET
ELKHART, IN 46516


INDIANA DEPARTMENT OF REVENUE
Acct No xxx-xx-2849
BANKRUPTCY SECTION --- MS 108
100 N. SENATE AVE. N240
INDIANAPOLIS, IN 46204


INDIANA DEPT. OF WORKFORCE DEVELOPMENT
Acct No xxxxx2849
TRUST FUND ACCOUNTING
ATTN: BENEFIT OVERPAYMENTS
10 NORTH SENATE AVENUE
INDIANAPOLIS, IN 46204-2277


INTERNAL REVENUE SERVICE
Acct No xxxxx2849
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

```
JEFFREY HAHN, ATTORNEY AT LAW
Acct No xxxxxxx9501
PO BOX 983
CHESTERTON, IN 46304


NOTRE DAME FEDERAL CREDIT UNION
Acct No xxxxxx8868
1 CORPORATE DRIVE, SUITE 360
LAKE ZURICH, IL 60047-8945


NOTRE DAME FEDERAL CREDIT UNION
Acct No xxxxxxxx1-700
PO BOX 7878
NOTRE DAME, IN 46556


OMNI CREDIT SERVICE
Acct No xxx7465
PO BOX 23381
TAMPA, FL 33623


PERSONAL FINANCE COMPANY LLC
Acct No xxxxxxx9501
52144 US 33 NORTH
MICHIANA PLAZA NORTH
SOUTH BEND, IN 46637


PORTFOLIO RECOVERY
Acct No xxxxxxxxxxxx8469
120 CORPORATE BOULEVARD, SUITE 100
NORFOLK, VA 23502


PPS
Acct No xxx9941
PO BOX 612
MILWAUKEE, WI 53201


RENT A CENTER, STORE #1464
Acct No xxxxxxx7013
2534 MIRACLE LANE
MISHAWAKA, IN 46545


SCS CREDIT CORP.
Acct No x5728
900 E. COLFAX AVE., SUITE 200
SOUTH BEND, IN 46617
```

```
SYNCHRONY BANK
Acct No 601918323249....
ATTN:  BANKRUPTCY DEPARTMENT
POST OFFICE BOX 965060
ORLANDO, FL 32896-5060


THE SOUTH BEND CLINIC LLP
Acct No x1241
401 EAST COLFAX
SUITE 400
SOUTH BEND, IN 46617


WEATHER TITE GUTTERS
Acct No 6479
57738 OAKSIDE AVENUE
MISHAWAKA, IN 46544
```