# IN THE UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF INDIANA

## SOUTH BEND DIVISION

IN THE MATTER OF:

Phyllis Ruth Jordan
aka Phyllis Ruth Lewis
    Debtor

CASE NO. 16-30782-hcd

CHAPTER 13

## OBJECTION TO CONFIRMATION OF PLAN

Comes now Notre Dame Federal Credit Union and objects to the proposed amended plan and in support thereof states:

1. Notre Dame Federal Credit Union has a first and second mortgage on the property.

2. Debtor is proposing to surrender the home in full satisfaction of the mortgage.

3. Notre Dame Federal Credit Union should be given the opportunity to take possession of the home, sell the home and file an amended claim.

4. Notre Dame Federal Credit Union should have a general unsecured claim for that portion of the sums due and owing on the notes that is in excess of the funds received from the sale of the home.

Wherefore Notre Dame Federal Credit Union prays this Court deny the debtor's proposed amendment and for all other just and proper relief.

KRISOR & ASSOCIATES

/s/Brooks J. Grainger
John D. Krisor, Jr. (5355-71)
Brooks J. Grainger (19362-71)
Ian Septoski (25450-64)
Attorney for Plaintiff
PO Box 6200
South Bend, IN  46660
(574) 272-1000


## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2017, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS).

I also certify that on September 25, 2017, a copy of the foregoing was served upon Phyllis Ruth Jordan aka Phyllis Ruth Lewis, 202 North Middleboro Avenue, Mishawaka, IN 46544, via First Class Mail.

I also certify that on Sptember 25, 2017, the foregoing document was served upon the following persons via IEFS.

Patrick M. Seese
seeselawoffice@sbcglobal.net

Debra L. Miller
kiskin@trustee13.com

Nancy J. Gargula
nancy.gargula@usdoj.gov

/s/Brooks J. Grainger
Brooks J. Grainger